Jonathan M. Hyman (JH-1797)
Rutgers Constitutional Litigation Clinic
15 Washington Street
Newark, New Jersey 07102-3192
(201) 648-5687

David L. Rose (DLR8716)
Joshua N. Rose
1121 12th St., N.W.
Washington, DC  20005-4632
(202) 682-1848



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWARK BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, JERSEY CITY BRANCH NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NEW JERSEY STATE CONFERENCE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAYONNE, NEW JERSEY, <br><br> Defendant. | Civil No. 90-684 |



ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE

THIS MATTER came before the Court on the motions of plaintiffs for the admission of David L. Rose and Joshua N. Rose pro hac vice as attorneys for the plaintiffs in this matter.  The Court has considered the papers supporting the motions.  On the basis of the submissions, and there being no opposition,

IT IS HEREBY O R D E R E D, this _____ day of November, 1990, that David L. Rose and Joshua N. Rose be given leave to appear in this case pro hac vice on behalf of the plaintiffs.

_____
United States Magistrate