UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NEWARK BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| JERSEY CITY BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, |  |
| NEW JERSEY STATE CONFERENCE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, and |  |
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, |  |
| Plaintiffs |  |
| v. |  |
| CITY OF BAYONNE, NEW JERSEY |  |
| Defendant. |  |

Civ. No. #90-684 (HLS)

ORDER

The parties to this action, without conceding any infirmity of their claims or defenses, wish to settle this action by appropriate Order and without the burdens of protracted litigation, and have waived, for purposes of this action only, a hearing and findings of fact and conclusions of law, they have entered into a Stipulation, which is attached hereto and made a part of this Order; and have agreed to the entry of this Order.  It is therefore Ordered that the parties shall comply with the terms and conditions of the Stipulation.  The defendant shall do no further recruiting or hiring except in accordance with the Stipulation.

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P.O. BOX 112
LIBERTY CORNER, N.J. 07938

2-5 91
A. Rossi

This case shall be removed from the active docket of this Court upon certification from counsel that a new Ordinance has been enacted pursuant to paragraph 2 of the Stipulation.  This Court shall however retain jurisdiction to enforce the Stipulation or make modifications, upon proper motion brought by either party.

_____
U.S.D.J.

Done this 31 day of January, 1991

We consent to the entry of this Order.

Dated:   Liberty Corner, N.J.          Dated: Washington, D.C.
         January 10, 1991                      January 29th, 1991

         APRUZZESE, McDERMOTT
         MASTRO & MURPHY, P.C.


By: _____       _____
    TARQUIN JAY BROMLEY               DAVID L. ROSE
    25 Independence Boulevard         1121 12th Street, N.W.
    P.O. Box 112                      Washington, DC.  20004-4632
    Liberty Corner, NJ 07938          (202) 682-1848
    (201) 580-1776
    TB-0783                           _____
                                      JONATHAN M. HYMAN
    Attorneys for Defendant           Rutgers Const. Law Clinic
                                      15 Washington Street
                                      Newark, NJ 07102-3192
                                      JH 1797

                                      _____
                                      EVERALD F. THOMPSON
                                      Associate General Counsel
                                      NAACP/SCF
                                      4805 Mount Hope Drive
                                      Baltimore, MD 12215-3297

                                      Attorneys for Plaintiffs

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

---

NEWARK BRANCH, NATIONAL ASSOCIATION )
FOR THE ADVANCEMENT OF COLORED PEOPLE, )
)
) Civ. No. #90-684 (HLS)
JERSEY CITY BRANCH, NATIONAL ASSOCIATION )
FOR THE ADVANCEMENT OF COLORED PEOPLE, )
)
NEW JERSEY STATE CONFERENCE, NATIONAL )
ASSOCIATION FOR THE ADVANCEMENT OF )
COLORED PEOPLE, and )
)
THE NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED PEOPLE, )
)
              Plaintiffs )
)
       v. )     <u>STIPULATION</u>
)
CITY OF BAYONNE, NEW JERSEY )
)
           Defendant. )
)

---

    This action was brought by the plaintiffs alleging that the City of Bayonne has, by virtue of their "residents only" hiring policy, engaged in hiring and recruitment practices that discriminate against black members of plaintiffs and other black persons represented by plaintiffs in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq. (hereinafter "Title VII"). Defendant has answered the Complaint and denied that it has discriminated against black applicants for employment or against anyone else

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P.O. BOX 112
LIBERTY CORNER, N.J. 07938

in its recruitment and hiring practices.  The parties, without conceding any infirmity in their claims or defenses, wish to settle this action by appropriate order and without the burdens and expense of further protracted litigation.  For that purpose and in consideration of the mutual promises set forth herein, the parties agree to waive, for purposes of this Stipulation only, a hearing and findings of fact and conclusions of law and agree to the adoption of this Stipulation.

The parties further agree that this Court has jurisdiction over the subject matter of this litigation pursuant to Title VII, that plaintiffs have standing to bring the present action and to enforce this Stipulation, and that defendant is an employer within the meaning of 42 U.S.C. 2000e(b).  This Stipulation shall be final and binding between the parties as to all issues raised in the Complaint.

Nothing in this Stipulation shall be construed as evidence of an admission by defendant of a violation of any law, regulation, rule or order, or of an agreement by defendant that the provisions of this Stipulation set forth the minimum standards for the hiring of municipal personnel required by the United States Constitution, Title VII, or by New Jersey State law.

Law Offices
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A Professional Corporation
25 Independence Boulevard
P. O. Box 112
Liberty Corner, N.J. 07938

-2-

Accordingly, it is hereby STIPULATED that:

1.   The City of Bayonne, its officers, trustees, employees, agents and all other persons acting in concert with them (hereinafter "Bayonne"), shall not engage in any employment practice which unlawfully discriminates against individuals on the basis of their race in recruitment or hiring or in other terms or conditions of employment.

2.   The purpose of this Stipulation is to ensure that the recruitment and hiring practices of Bayonne are lawful and non-discriminatory, and to ensure that no one is unlawfully disadvantaged by its recruitment and hiring practices.   In particular, pursuant to this Stipulation, Bayonne shall in good faith seek to recruit and employ qualified black applicants in numbers reflecting their availability in the relevant labor market.   The parties agree for purposes of this Stipulation that the relevant labor market available to Bayonne as a municipal employer is within the ranges reflected in the charts attached as Exhibit A which represent the racial characteristics of (a) the work force of private employer establishments located in Bayonne; (b) the civilian labor work force in New Jersey; and (c) state and local governmental employees in the State of New Jersey.   To achieve that objective, Bayonne shall continue to adopt and implement affirmative recruitment activities directed towards potential

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

black applicants in addition to recruitment directed at other potential applicants and shall use fair and non-discriminatory hiring and other employment procedures.  To achieve their goals, Bayonne shall adopt the following additional measures:

a.      Bayonne shall not require residence in Bayonne as a condition of employment with Bayonne and shall not grant a preference in recruiting, selection or promotion to residents of Bayonne or otherwise use Bayonne residence as a criterion for the recruiting, selection or promotion of employees.  Bayonne may, however, require residence in the State of New Jersey as a condition of employment with Bayonne.  Bayonne may require any non-resident hired into a position other than police officer or fire-fighter to move into Bayonne within six months of his or her employment. Nothing in this Stipulation shall be read as preventing Bayonne from adopting an ordinance or other policy of requiring police officers, fire-fighters, and snow removal personnel, within a reasonable time after appointment, to reside within a reasonable distance (determined to be fifteen miles) of Bayonne in order to facilitate a prompt response to an emergency.

LAW OFFICES
APRUZZESE, MCDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

-4-

b.      To implement paragraph (a) above, Bayonne shall
seek to repeal Ordinance 2-18:11 dated 10/30/81 and
substitute in its place an ordinance limiting public
employment with the City of Bayonne to residents of
the State of New Jersey.  The parties understand that
such a repeal is subject to public notice, hearing,
debate and legislative vote.  All persons who are on
the current Department of Personnel Eligibility Lists
for Police Officer (M1927M) and Fire-Fighters (M5878M)
will be notified of the legislative process involved
in the repeal and enactment of the described
ordinances and will be invited to attend and be heard
at the public hearing.

c.      Upon the repeal and enactment of the ordinances
described in paragraph (b) above, Bayonne shall
immediately advise the New Jersey Department of
Personnel of its change in policy with respect to
classification of applicants on the basis of residence
and shall promptly furnish the Department of Personnel
with a copy of this Stipulation and the revised
ordinance.  At the same time, Bayonne shall request
that the Department of Personnel cancel Lists M1927M
and M5878M and create new lists of eligibles for
police officer and fire-fighter positions based upon

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

the new policy at the earliest practicable date. Bayonne may request that each person on the present list of eligibles for police officer and fire-fighter shall be invited to take the new examination; and each such person will be eligible to do so without filing a new application, unless the New Jersey Department of Personnel demonstrates good reason for doing so.

d.    For any vacancies in Police Officer positions or Fire-Fighter positions that, for reasons of public safety, must be filled in the period of time between the date of the entry of this Stipulation as an Order of Court and the date when the new lists of eligibles for Police Officer and Fire-Fighter positions are certified by the Department of Personnel, the City of Bayonne shall use the current certified lists of resident eligibles of Police Officer and Fire-Fighter applicants from Hudson County to make permanent appointments.  The Hudson County list for Police Officer is that which is identified by the symbol "M1927C."  The Hudson County list for Fire-Fighter is that which is identified by the symbol "M4710C." The City of Bayonne shall select any needed Police Officers and Fire-Fighters from those lists on a non-discriminatory basis.

Law Offices
Apruzzese, McDermott,
Mastro & Murphy
A Professional Corporation
25 Independence Boulevard
P.O. Box 112
Liberty Corner, N.J. 07938

-6-

## Recruitment Program

3.    In accord with the purposes of this Stipulation, Bayonne shall utilize a recruitment program aimed at attracting qualified black applicants to compete for openings with the City.  The program shall have as its goal the recruitment of black applicants for each position or examination in numbers reflecting their availability in the job category being filled.

4.    Bayonne has adopted an affirmative action and recruitment program, a copy of which is attached hereto as Exhibit B.  Bayonne shall continue to implement and follow that program and shall maintain records of the recruitment measures used in filling each vacancy category of vacancies and in establishing each list of eligibles, as provided in paragraphs below.

At the request of plaintiffs, but not so often as to be burdensome, the parties shall meet periodically to evaluate the effectiveness of the various elements of the recruitment program and to determine what modifications or additions, including additional paid radio or other advertising, if any, are warranted better to achieve the goals of the program.

5.    The provisions of this Stipulation are not intended to modify or reduce the qualification standards for employment with Bayonne.  Nothing in this Stipulation shall obligate

Law Offices
Apruzzese, McDermott,
Mastro & Murphy
A Professional Corporation
25 Independence Boulevard
P. O. Box 112
Liberty Corner, N.J. 07938

-7-

Bayonne to create new positions, to hire unnecessary personnel, to contract or refrain from contracting out work (provided that such contracting does not have the effect of preventing compliance with this Stipulation), or to hire, transfer or promote any person who is not qualified as measured by valid qualification standards, or who is less qualified than another in the applicant pool, as measured by valid qualification standards.

<u>Records and Reporting</u>

6.    The parties recognize that for classified competitive job classifications, the New Jersey Department of Personnel makes announcements and conducts examinations for Bayonne and Bayonne itself has full control over the selection procedures for other job classifications.  Bayonne shall make and maintain, and shall make good faith efforts to ensure that the New Jersey Department of Personnel makes and maintains, for the duration of this Stipulation, all records concerning the implementation of this Stipulation, including:

a.       The text of each announcement or notice of testing and/or vacancy, the places where it was posted and/or filed, the persons contacted at such places, and the dates of such contacts and posting, the newspapers in which it was published and the dates of publication, and the radio and television stations (if any) where it was broadcast and the dates and times of such broadcasts;

Law Offices
Apruzzese, McDermott,
Mastro & Murphy
A Professional Corporation
25 Independence Boulevard
P. O. Box 112
Liberty Corner, N.J. 07938

-8-

b.          All applications, eligibility lists, seniority
rosters, interview notes, test results, disciplinary
actions, evaluations, and complaints of discrimination
in employment;

c.          For each vacancy or job classification that is
open to competitive examination, except for promotional
examinations (those limited to applicants from the lower
rank or job classification in the municipal department
or agency of Bayonne), including each vacancy or job
classification filled by a person not employed by
Bayonne in a regular full time position at the time of
application, the following data with regard to each
applicant shall be separately maintained:  name, mailing
address of residence, telephone number, date of
application, how applicant became aware of the
employment opportunity, and, if tested, the date(s) of
the test(s) administered, the test results (fail/pass,
rank) and assignment (if hired).  A statistical summary
of the race and national origin of each applicant shall
also be maintained and a record of same shall be
maintained separately from the application and other
materials from which decisions on eligibility and
selection are made;

LAW OFFICES
APRUZZESE, MCDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

-9-

d.      If Bayonne requires that non-residents who are hired move into Bayonne within six months of the date of their appointment, Bayonne shall maintain any correspondence with any employee or applicant for employment concerning that requirement, including notice given of the requirement, and notice that any employee has not complied with the requirement.

e.      Plaintiffs may inspect and copy such records described in paragraphs a-d above which are maintained by Bayonne upon reasonable notice and written request.

7. On or before January 1, 1991, and each year thereafter for the duration of this Stipulation, Bayonne shall provide to counsel for the plaintiffs a copy of the most recent budget which shall contain a list of each salaried and hourly employment category, showing for each department: the number of persons employed by Bayonne in each category as of January 1, and showing full-time regular employees separately from part-time or temporary employees.  Defendant shall annotate the budget document to show the race of each individual employed by Bayonne.  On June 1 and December 1 of each year in which this Stipulation is in effect, Bayonne shall provide to counsel for the plaintiffs a copy of Bayonne's monthly personnel report for

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

each of the past six months.  It is understood by the parties
that the format of the report, a sample copy of which is
appended as Exhibit C, shall remain substantially the same and
shall at a minimum show all additions and deletions to the
municipal work force with the department, title and salary
indicated.  Defendant shall annotate the monthly personnel
document to show the race of each individual newly employed or
terminated by Bayonne.

   8. If Bayonne determines to require that non-resident
employees move into Bayonne within six months, it shall advise
each employee of the requirement at the time of application and
at the time of appointment, and shall provide notice at least
three months in advance of any possible termination.

   9. Within ninety (90) days of the approval of this
Stipulation by the Court, the defendant shall pay to counsel
for the plaintiffs the sum of $17,000.00 in attorneys fees and
expenses incurred by plaintiffs in the investigation and
prosecution of this action.  The parties agree that this amount
constitutes payment in full for all attorneys fees and expenses
incurred by plaintiffs in the prosecution of this action
through the date of approval of this Stipulation by the Court.
The parties agree that the sum paid shall not affect
plaintiff's ability to apply for attorney's fees if they

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

-11-

prevail in a proceeding for non-compliance with this Stipulation.  However, defendant shall not be liable for fee's and costs if a minor dispute should arise concerning the interpretation and compliance with the Stipulation.

### Compliance

10.     For the purpose of this Stipulation and any motion based upon defendant's alleged compliance or non-compliance with the substantive requirements of this Stipulation, defendant shall be considered to be in "compliance" with the provisions of this Stipulation unless plaintiffs make a clear and convincing showing that defendant's failures or omissions to meet the terms of this Stipulation were not minimal or isolated but were substantial.

11.     In the event that plaintiffs believe that defendant is not in "compliance" with this Stipulation as defined in paragraph 10, plaintiffs counsel shall bring the facts supporting that belief to the attention of defendant's counsel prior to the filing of any motion to enforce the terms of this Stipulation.  Upon receipt of plaintiffs' notice by defendant's counsel, defendant shall either remedy the alleged problem and so notify plaintiffs' counsel in writing or provide a written explanation within ten (10) working days in emergency

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P.O. BOX 112
LIBERTY CORNER, N.J. 07938

situations, or forty-five (45) working days in all other cases.  If the issue is not resolved, plaintiffs may seek relief from the Court in accordance with paragraph 12.

12.     The Court, upon motion and based on proof of defendant's failure to comply with this Stipulation as defined in Paragraph 10, may alter the frequency of reporting and inspection, may extend such periods beyond the four (4) years specified in paragraph 14 of this Stipulation, by periods of no more than one year for each extension, and may make such other orders as are consistent with and reasonably necessary to ensure compliance with this Stipulation.

13.     Plaintiffs shall not seek or obtain any order, judgment or Stipulation enforcing or extending this Stipulation except upon motion and a finding by the Court of non-compliance with the terms thereof as set forth in paragraph 10.  Such a motion shall allege compliance by plaintiffs with the requirements of paragraph 11.  Either party may seek a modification of this Stipulation upon a showing of changed circumstances.  Such motions shall be supported by affidavits or declarations made under penalty of perjury and based on personal knowledge.  Such affidavits or declarations shall set forth facts that would be admissible in evidence and shall show affirmatively that the affiant or declarant is competent to testify to the matters stated therein.

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P. O. BOX 112
LIBERTY CORNER, N.J. 07938

-13-

14.    At the conclusion of four (4) years from the date
this Stipulation is executed by the Court, unless extended by
the Court in accordance with the provisions of Paragraph 12 and
then at the conclusion of that extended period, the
requirements of this Stipulation shall cease to bind the
defendant as well as its successors, agents, employees, assigns
and those acting in concert with it, except that defendant, its
successors, agents, employees, assigns and those acting in
concert with it shall continue to ensure that the recruitment
and hiring practices of Bayonne are lawful and
non-discriminatory, and to ensure that no one is unlawfully
disadvantaged by its recruitment and hiring practices.

<u>Implementation</u>

15.    If the City of Bayonne repeals its present
Ordinance limiting public employment to residents of Bayonne,
and adopts the kind of Ordinance contemplated by paragraph 2 of
the Stipulation no later than February 28, 1991, this
Stipulation shall remain in effect for a period of four years
from this date, unless extended by order of the Court pursuant
to the Stipulation.

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P.O. BOX 112
LIBERTY CORNER, N.J. 07938

If the City of Bayonne does not repeal its present Ordinance and adopt a new Ordinance of the kind contemplated by paragraph 2 of the Stipulation on or before February 28, 1991, the Stipulation shall be of no further effect after February 28, 1991, but the City shall be enjoined from further recruitment or hiring except in accordance with the Stipulation until this Court can hear and decide the merits of this suit.


Dated:   Liberty Corner, N.J.        Dated: Washington, D.C.
         January 10, 1991                   January 29th, 1991


         APRUZZESE, McDERMOTT
         MASTRO & MURPHY, P.C.


By:   _____        _____
      TARQUIN JAY BROMLEY            DAVID L. ROSE
      25 Independence Boulevard      1121 12th Street, N.W.
      P.O. Box 112                   Washington, DC.  20004-4632
      Liberty Corner, NJ 07938       (202) 682-1848
      (201) 580-1776
      TB-0783                        _____
                                     JONATHAN M. HYMAN
      Attorneys for Defendant        Rutgers Const. Law Clinic
                                     15 Washington Street
                                     Newark, NJ 07102-3192
                                     JH 1797

                                     _____
                                     EVERALD F. THOMPSON
                                     Associate General Counsel
                                     NAACP/SCF
                                     4805 Mount Hope Drive
                                     Baltimore, MD 12215-3297

                                     Attorneys for Plaintiffs

LAW OFFICES
APRUZZESE, McDERMOTT,
MASTRO & MURPHY
A PROFESSIONAL CORPORATION
25 INDEPENDENCE BOULEVARD
P.O. BOX 112
LIBERTY CORNER, N.J. 07938

E X H I B I T     A

SUMMARY BY ZIP/UDDERING

| | TOTAL EMPLOYMENT | OFFICIALS & MNGRS | WHITE COLLAR PROFESSIONALS | TECHNICIANS | SALES WORKERS | OFFICE & CLER WKRS | TOTAL | BLUE COLLAR CRAFT WORKERS | OPERATIVES | LABORERS | SERVICE WORKERS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL T | 4,625 | 484 | 468 | 260 | 133 | 822 | 2,174 | 491 | 598 | 1,037 | 534 |
| ALL M | 2,153 | 319 | 128 | 87 | 112 | 61 | 1,328 | 458 | 328 | 559 | 121 |
| ALL F | 2,472 | 165 | 340 | 173 | 21 | 761 | 799 | 33 | 260 | 498 | 213 |
| WHITE T | 3,094 | 427 | 385 | 199 | 116 | 691 | 1,070 | 348 | 395 | 330 | 206 |
| WHITE M | 1,444 | 285 | 96 | 63 | 94 | 42 | 772 | 330 | 216 | 206 | 165 |
| WHITE F | 1,650 | 142 | 289 | 134 | 17 | 649 | 298 | 18 | 156 | 114 | 121 |
| MIN T | 1,531 | 57 | 83 | 41 | 17 | 131 | 1,064 | 143 | 204 | 707 | 121 |
| MIN M | 709 | 34 | 32 | 24 | 13 | 19 | 555 | 128 | 112 | 333 | 36 |
| MIN F | 822 | 23 | 51 | 37 | 4 | 112 | 501 | 15 | 92 | 374 | 72 |
| BLACK T | 899 | 34 | 18 | 38 | 7 | 79 | 649 | 73 | 109 | 458 | 83 |
| BLACK M | 370 | 21 | 9 | 9 | 4 | 7 | 299 | 65 | 57 | 177 | 17 |
| BLACK F | 529 | 13 | 9 | 29 | | 70 | 341 | 8 | 52 | 1,201 | 56 |
| ASHA T | 460 | 17 | 14 | | | 44 | 339 | 55 | 89 | 217 | 31 |
| ASHA M | 263 | 10 | 6 | | | 6 | 224 | 46 | 35 | 145 | 12 |
| ASIA F | 205 | 7 | 8 | | | 30 | 135 | 9 | | 72 | 14 |
| AMIND T | 157 | 9 | 50 | | 5 | 15 | 52 | 17 | | | 7 |
| AMIND M | 75 | 3 | 17 | | | 4 | 30 | 8 | 3 | | 7 |
| ASIAN F | 82 | 2 | 33 | | | 11 | 22 | 7 | 5 | | |
| AMIND T | 91 | 1 | | | 5 | 8 | | | 9 | | |
| AC/AM M | 38 | 2 | | | | | | | 3 | | |
| ASIAN F | 53 | | | | 3 | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL PR | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| ALL PR | 46.6 | 65.9 | 27.4 | 33.5 | 84.2 | 7.4 | 62.4 | 93.3 | 54.9 | 52.0 | 34.2 |
| ALL PR | 53.4 | 34.1 | 72.6 | 66.5 | 15.8 | 92.4 | 37.6 | 6.7 | 45.0 | 48.0 | 65.8 |
| WHITE PR | 66.9 | 88.2 | 82.3 | 76.5 | 87.2 | 84.1 | 80.4 | 70.9 | 65.8 | 31.9 | 81.7 |
| WHITE PR | 31.2 | 58.9 | 20.5 | 25.0 | 74.4 | 5.1 | 36.5 | 67.2 | 39.6 | 19.7 | 25.4 |
| WHITE PR | 35.7 | 29.3 | 61.8 | 51.5 | 12.8 | 79.0 | 14.0 | 35.7 | 26.7 | 12.0 | 36.0 |
| MIN PR | 33.1 | 11.8 | 17.7 | 23.5 | 12.0 | 15.9 | 49.0 | 29.1 | 34.2 | 68.2 | 38.2 |
| MIN PR | 15.3 | 7.0 | 6.8 | 8.5 | 9.8 | 2.3 | 26.0 | 26.1 | 15.4 | 35.1 | 16.5 |
| MIN PR | 17.8 | 4.8 | 10.9 | 15.0 | 5.0 | 13.6 | 23.6 | 3.1 | 10.3 | 36.1 | 27.5 |
| BLACK PR | 19.4 | 7.0 | 3.8 | 14.6 | 6.3 | 9.6 | 30.1 | 14.9 | 18.3 | 44.2 | 24.9 |
| BLACK PR | 8.0 | 4.3 | 1.9 | 3.5 | 4.5 | 1.1 | 14.1 | 13.2 | 9.6 | 17.1 | 5.1 |
| BLACK PR | 11.4 | 2.7 | 1.9 | 11.2 | | 8.5 | 16.1 | 11.6 | 4.7 | 27.1 | 19.8 |
| ASIA PR | 10.1 | 3.5 | 3.0 | 2.3 | 3.8 | 4.4 | 15.9 | 10.8 | 14.9 | 29.5 | 9.3 |
| ASIA PR | 5.7 | 2.1 | 1.5 | 1.2 | 1.5 | .7 | 10.5 | 9.4 | 5.5 | 14.0 | 5.6 |
| ASIA PR | 4.4 | 1.4 | 1.7 | 1.2 | 2.3 | | 6.5 | 4.4 | 9.4 | 6.9 | 5.7 |
| ACTION PR | 3.4 | .8 | 10.7 | 6.5 | 3.8 | 1.8 | 2.4 | 3.5 | 5.3 | 4.2 | 4.2 |
| ACTION PR | 1.6 | .4 | 3.6 | 3.8 | | 1.3 | 1.4 | 3.5 | 3.2 | 1.1 | 2.1 |
| ACTION PR | 1.8 | .4 | 7.1 | 2.7 | | 1.3 | 1.0 | | | 2.0 | 2.1 |
| AMIND PR | .2 | .4 | .2 | | | .1 | | | | | .0 |
| AMIND PR | .1 | .2 | .1 | | | .0 | | | | | .0 |
| AMIND PR | .1 | | | | | .0 | | | | | .0 |

EXHIBIT A(a)

THOMAS H. KEAN
Governor

State of New Jersey
1980 U.S. Census Data

for

# AFFIRMATIVE ACTION PROGRAMS



State of New Jersey
Department of Labor
Division of Planning and Research
Co-produced by:
The New Jersey State Data Center
and
Office of Demographic and Economic Analysis
The Bureau of Labor Force Statistics
C N 383
Trenton, New Jersey  08625-0383

Originally Printed March 1983
Reprinted March 1985

CHARLES SERRAINO
Commissioner

EXHIBIT A(b)

TABLE 1. POPULATION, LABOR FORCE, AND EMPLOYMENT CHARACTERISTICS FOR PERSONS 16 YEARS OLD AND OVER
BY SEX AND RACE OR SPANISH ORIGIN: 1980 CENSUS OF POPULATION AND HOUSING --- STATE OF NEW JERSEY

1

| | POPULATION 16 YEARS & OVER | | CIVILIAN LABOR FORCE | | CIVILIAN EMPLOYED | | CIVILIAN UNEMPLOYED | | LABOR FORCE % OF POP. | UNEMPLOY- MENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER | PERCENT | NUMBER | PERCENT | NUMBER | PERCENT | NUMBER | PERCENT | | |
| BOTH SEXES, ALL RACES | 5625661 | 100.0 | 3523255 | 100.0 | 3288302 | 100.0 | 234953 | 100.0 | 62.6 | 6.7 |
| WHITE | 4809629 | 85.5 | 3014661 | 85.6 | 2837478 | 86.3 | 177183 | 75.4 | 62.7 | 5.9 |
| BLACK | 630913 | 11.2 | 390262 | 11.1 | 343469 | 10.4 | 46793 | 19.9 | 61.9 | 12.0 |
| AMER. INDIAN, ESKIMO, AND ALEUT | 7485 | .1 | 4948 | .1 | 4402 | .1 | 546 | .2 | 66.1 | 11.0 |
| ASIAN & PACIFIC IS. | 74671 | 1.3 | 51679 | 1.5 | 49471 | 1.5 | 2208 | .9 | 69.2 | 4.3 |
| OTHER RACES | 102963 | 1.8 | 61705 | 1.8 | 53482 | 1.6 | 8223 | 3.5 | 59.9 | 13.3 |
| SPANISH ORIGIN 1/ | 327438 | 5.8 | 211038 | 6.0 | 187998 | 5.7 | 23040 | 9.8 | 64.5 | 10.9 |
| WOMEN, ALL RACES | 2993450 | 100.0 | 1513642 | 100.0 | 1402194 | 100.0 | 111448 | 100.0 | 50.6 | 7.4 |
| WHITE | 2542823 | 84.9 | 1265762 | 83.6 | 1182078 | 84.3 | 83684 | 75.1 | 49.8 | 6.6 |
| BLACK | 351727 | 11.7 | 197641 | 13.1 | 175087 | 12.5 | 22554 | 20.2 | 56.2 | 11.4 |
| AMER. INDIAN, ESKIMO, AND ALEUT | 3915 | .1 | 2188 | .1 | 1943 | .1 | 245 | .2 | 55.9 | 11.2 |
| ASIAN & PACIFIC IS. | 39994 | 1.3 | 22404 | 1.5 | 21124 | 1.5 | 1280 | 1.1 | 56.0 | 5.7 |
| OTHER RACES | 54991 | 1.8 | 25647 | 1.7 | 21962 | 1.6 | 3685 | 3.3 | 46.6 | 14.4 |
| SPANISH ORIGIN 1/ | 173982 | 5.8 | 90238 | 6.0 | 78166 | 5.6 | 12072 | 10.8 | 51.9 | 13.4 |

1/ SPANISH ORIGIN IS NOT A RACE GROUP.  PERSONS OF SPANISH ORIGIN MAY BE OF ANY RACE.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
STATE AND LOCAL GOVERNMENT INFORMATION (EEO-4), 11/87
(SUMMARY REPORT FOR 1987 EEO-4 SURVEY)

STATE: 34 NEW JERSEY
STATE SUMMARY
REPORTING UNITS: 207

JOB CATEGORY: PROTECTIVE SERVICE

6,711

## MALE

| ANNUAL SALARY $H | TOTAL NUMBER | TOTAL PCT | WHITE NUMBER | WHITE PCT | BLACK NUMBER | BLACK PCT | HISPANIC NUMBER | HISPANIC PCT | ASIAN NUMBER | ASIAN PCT | INDIAN NUMBER | INDIAN PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1 - 7.9 | 132 | 60.7 | 80 | 59.5 | 2 | 1.5 | 0 | | 0 | | 0 | 0.0 |
| 8.0 - 11.9 | 243 | 54.6 | 118 | 45.4 | 20 | 7.7 | 4 | 1.5 | 0 | | 0 | 0.0 |
| 12.0 - 15.9 | 953 | 54.1 | 587 | 44.2 | 272 | 20.5 | 78 | 5.9 | 4 | 0.3 | 2 | 0.2 |
| 16.0 - 19.9 | 1,750 | 79.0 | 1,398 | 79.0 | 272 | 10.5 | 15 | 4.1 | 1 | 0.3 | 5 | 0.3 |
| 20.0 - 24.9 | 4,869 | 88.1 | 3,521 | 63.6 | 1,076 | 13.5 | 231 | 4.2 | 27 | 0.5 | 14 | 0.2 |
| 25.0 - 32.9 | 12,950 | 88.2 | 10,777 | 86.2 | 1,813 | 13.5 | 326 | 2.4 | 20 | 0.1 | 14 | 0.1 |
| 33.0 - 42.9 | 4,993 | 98.1 | 4,635 | 98.1 | 273 | 5.4 | 81 | 1.6 | 3 | 0.1 | 1 | 0.0 |
| 43.0 PLUS | 247 | 99.2 | 235 | 94.4 | 10 | 4.0 | 10 | 0.8 | 0 | 0.0 | 0 | 0.0 |
| TOTAL | 25,976 | 91.9 | 21,351 | 75.6 | 3,722 | 13.2 | 812 | 2.9 | 55 | 0.2 | 36 | 0.1 |
| MEDIAN SALARY | $28,214 | | $28,690 | | $26,037 | | $25,074 | | $24,667 | | $23,929 | |

## FEMALE

| ANNUAL SALARY $H | TOTAL NUMBER | TOTAL PCT | WHITE NUMBER | WHITE PCT | BLACK NUMBER | BLACK PCT | HISPANIC NUMBER | HISPANIC PCT | ASIAN NUMBER | ASIAN PCT | INDIAN NUMBER | INDIAN PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1 - 7.9 | 53 | 39.3 | 48 | 35.6 | 5 | 3.7 | 5 | 1.9 | 0 | | 0 | 0.0 |
| 8.0 - 11.9 | 118 | 45.4 | 106 | 40.8 | 7 | 2.7 | 5 | | 0 | | 0 | 0.0 |
| 12.0 - 15.9 | 386 | 29.0 | 247 | 18.6 | 124 | 9.3 | 13 | 1.0 | 2 | 0.2 | 0 | 0.0 |
| 16.0 - 19.9 | 464 | 21.0 | 291 | 13.1 | 156 | 7.0 | 17 | 0.8 | 0 | | 0 | 0.0 |
| 20.0 - 24.9 | 650 | 11.8 | 371 | 6.7 | 259 | 4.7 | 18 | 0.3 | 0 | | 0 | 0.0 |
| 25.0 - 32.9 | 509 | 3.8 | 282 | 2.1 | 215 | 1.6 | 10 | 0.1 | 0 | | 0 | 0.0 |
| 33.0 - 42.9 | 98 | 1.9 | 76 | 1.5 | 21 | 0.4 | 1 | 0.0 | 0 | | 0 | 0.0 |
| 43.0 PLUS | 2 | 0.8 | 2 | 0.8 | 0 | 0.0 | 0 | 0.0 | 0 | | 0 | 0.0 |
| TOTAL | 2,280 | 8.1 | 1,423 | 5.0 | 787 | 2.8 | 66 | 0.2 | 4 | 0.0 | 0 | 0.0 |
| MEDIAN SALARY | $20,916 | | $20,263 | | $21,960 | | $19,530 | | $20,000 | | N/A | |

## ** TOTAL **

| ANNUAL SALARY $H | TOTAL NUMBER | TOTAL PCT | WHITE NUMBER | WHITE PCT | BLACK NUMBER | BLACK PCT | HISPANIC NUMBER | HISPANIC PCT | ASIAN NUMBER | ASIAN PCT | INDIAN NUMBER | INDIAN PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1 - 7.9 | 135 | 100.0 | 128 | 94.8 | 7 | 5.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 8.0 - 11.9 | 260 | 100.0 | 224 | 86.2 | 27 | 10.4 | 9 | 3.5 | 0 | 0.0 | 0 | 0.0 |
| 12.0 - 15.9 | 1,329 | 100.0 | 834 | 62.8 | 396 | 20.8 | 91 | 6.8 | 4 | 0.2 | 2 | 0.2 |
| 16.0 - 19.9 | 2,214 | 100.0 | 1,689 | 76.3 | 412 | 18.6 | 107 | 4.8 | 1 | 0.5 | 5 | 0.3 |
| 20.0 - 24.9 | 5,519 | 100.0 | 3,892 | 70.5 | 1,335 | 24.2 | 249 | 4.5 | 20 | 0.1 | 14 | 0.1 |
| 25.0 - 32.9 | 13,459 | 100.0 | 11,059 | 82.2 | 2,028 | 15.1 | 338 | 2.5 | 30 | 0.0 | 14 | 0.1 |
| 33.0 - 42.9 | 5,091 | 100.0 | 4,711 | 92.5 | 294 | 5.8 | 82 | 1.6 | 3 | 0.1 | 1 | 0.0 |
| 43.0 PLUS | 249 | 100.0 | 237 | 95.2 | 10 | 4.0 | 2 | 0.8 | 0 | 0.0 | 0 | 0.0 |
| TOTAL | 28,256 | 100.0 | 22,774 | 80.6 | 4,509 | 16.0 | 878 | 3.1 | 59 | 0.2 | 36 | 0.1 |
| MEDIAN SALARY | $27,777 | | $28,342 | | $25,306 | | $24,659 | | $23,880 | | $23,929 | |

159

STATE: NEW JERSEY
TABLE 5. STATE SUMMARY
REPORTING UNITS: 207

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
STATE AND LOCAL GOVERNMENT INFORMATION (EEO-4), 1987
NATIONAL EMPLOYMENT SUMMARY

TOTAL FULL TIME EMPLOYMENT

## MALE

| ANNUAL SALARY $M | TOTAL Number | TOTAL Pct | WHITE Number | WHITE Pct | BLACK Number | BLACK Pct | HISPANIC Number | HISPANIC Pct | ASIAN Number | ASIAN Pct | INDIAN Number | INDIAN Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1- 7.9 | 739 | 57.2 | 647 | 50.0 | 70 | 5.4 | 14 | 1.1 | 3 | 0.2 | 5 | 0.4 |
| 8.0-11.9 | 2,762 | 27.8 | 1,640 | 16.5 | 847 | 8.5 | 227 | 2.3 | 37 | 0.4 | 11 | 0.1 |
| 12.0-15.9 | 8,684 | 35.1 | 5,373 | 21.7 | 2,626 | 10.6 | 589 | 2.4 | 77 | 0.3 | 19 | 0.1 |
| 16.0-19.9 | 13,048 | 44.1 | 9,670 | 32.7 | 2,672 | 9.0 | 605 | 2.0 | 67 | 0.2 | 34 | 0.1 |
| 20.0-24.9 | 19,993 | 55.3 | 15,204 | 42.0 | 3,881 | 10.7 | 715 | 2.0 | 154 | 0.4 | 39 | 0.1 |
| 25.0-32.9 | 32,158 | 74.3 | 26,079 | 60.3 | 4,809 | 11.1 | 966 | 2.2 | 267 | 0.6 | 37 | 0.1 |
| 33.0-42.9 | 17,020 | 82.3 | 15,569 | 75.3 | 1,008 | 4.9 | 244 | 1.2 | 189 | 0.9 | 10 | 0.0 |
| 43.0 PLUS | 7,808 | 86.2 | 7,250 | 80.1 | 347 | 3.8 | 76 | 0.8 | 127 | 1.4 | 8 | 0.1 |
| TOTAL | 102,212 | 58.5 | 81,432 | 46.6 | 16,260 | 9.3 | 3,436 | 2.0 | 921 | 0.5 | 163 | 0.1 |
| MEDIAN SALARY | $26,462 | | $27,510 | | $22,467 | | $21,979 | | $28,670 | | $21,603 | |

## FEMALE

| ANNUAL SALARY $M | TOTAL Number | TOTAL Pct | WHITE Number | WHITE Pct | BLACK Number | BLACK Pct | HISPANIC Number | HISPANIC Pct | ASIAN Number | ASIAN Pct | INDIAN Number | INDIAN Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1- 7.9 | 554 | 42.8 | 450 | 34.8 | 92 | 7.1 | 10 | 0.8 | 1 | 0.1 | 1 | 0.1 |
| 8.0-11.9 | 7,180 | 72.2 | 4,456 | 44.8 | 2,163 | 21.8 | 456 | 4.6 | 85 | 0.9 | 20 | 0.2 |
| 12.0-15.9 | 16,035 | 64.9 | 9,871 | 39.9 | 5,089 | 20.6 | 907 | 3.7 | 148 | 0.6 | 20 | 0.1 |
| 16.0-19.9 | 16,542 | 55.9 | 10,729 | 36.3 | 5,050 | 17.1 | 573 | 1.9 | 134 | 0.5 | 56 | 0.2 |
| 20.0-24.9 | 16,178 | 44.7 | 10,362 | 28.6 | 5,139 | 14.2 | 499 | 1.4 | 150 | 0.4 | 28 | 0.1 |
| 25.0-32.9 | 11,104 | 25.7 | 8,041 | 18.6 | 2,556 | 5.9 | 291 | 0.7 | 190 | 0.4 | 26 | 0.1 |
| 33.0-42.9 | 3,648 | 17.7 | 2,933 | 14.2 | 575 | 2.8 | 64 | 0.3 | 70 | 0.3 | 6 | 0.0 |
| 43.0 PLUS | 1,246 | 13.8 | 988 | 10.9 | 125 | 1.4 | 25 | 0.3 | 106 | 1.2 | 2 | 0.0 |
| TOTAL | 72,487 | 41.5 | 47,830 | 27.4 | 20,789 | 11.9 | 2,825 | 1.6 | 884 | 0.5 | 159 | 0.1 |
| MEDIAN SALARY | $19,016 | | $19,407 | | $18,416 | | $16,276 | | $22,467 | | $18,750 | |

## ** TOTAL **

| ANNUAL SALARY $M | TOTAL Number | TOTAL Pct | WHITE Number | WHITE Pct | BLACK Number | BLACK Pct | HISPANIC Number | HISPANIC Pct | ASIAN Number | ASIAN Pct | INDIAN Number | INDIAN Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.1- 7.9 | 1,293 | 100.0 | 1,097 | 84.8 | 162 | 12.5 | 24 | 1.9 | 4 | 0.3 | 6 | 0.5 |
| 8.0-11.9 | 9,942 | 100.0 | 6,096 | 61.3 | 3,010 | 30.3 | 683 | 6.9 | 122 | 1.2 | 31 | 0.3 |
| 12.0-15.9 | 24,719 | 100.0 | 15,244 | 61.7 | 7,715 | 31.2 | 1,496 | 6.1 | 225 | 0.9 | 39 | 0.2 |
| 16.0-19.9 | 29,590 | 100.0 | 20,399 | 68.9 | 7,722 | 26.1 | 1,178 | 4.0 | 201 | 0.7 | 90 | 0.3 |
| 20.0-24.9 | 38,171 | 100.0 | 25,566 | 67.0 | 9,020 | 24.9 | 1,214 | 3.2 | 304 | 0.8 | 67 | 0.2 |
| 25.0-32.9 | 43,262 | 100.0 | 34,120 | 78.9 | 7,365 | 17.0 | 1,257 | 2.9 | 457 | 1.1 | 63 | 0.1 |
| 33.0-42.9 | 20,668 | 100.0 | 18,502 | 89.5 | 1,583 | 7.7 | 308 | 1.5 | 259 | 1.3 | 16 | 0.1 |
| 43.0 PLUS | 9,054 | 100.0 | 8,238 | 91.0 | 472 | 5.2 | 101 | 1.1 | 233 | 2.6 | 10 | 0.1 |
| TOTAL | 174,699 | 100.0 | 129,282 | 74.0 | 37,049 | 21.2 | 6,261 | 3.6 | 1,805 | 1.0 | 322 | 0.2 |
| MEDIAN SALARY | $23,014 | | $24,263 | | $19,956 | | $19,150 | | $25,814 | | $19,778 | |

EXHIBIT A(c)

E X H I B I T   B

# POLICY

1

## CHAPTER 1

### POLICY

The City of Bayonne seeks to attract and employ qualified applicants for employment with the City regardless of race, color, creed or religion, sex, national origin, handicap or age.  The City is and will continue to be an Equal Opportunity Employer.  The City of Bayonne sets forth and reaffirms its policy of equal employment opportunity and of non-discrimination in the provision of all public services. The City of Bayonne complies with Title VII of the Civil Rights Act of 1964, as amended (42 USC 2000d - 2000d 4), the provisions of Section 112 of Public Law 92-65 (24 USC 3123), the provisions of Section 504 of the Rehabilitation Act of 1973 (23 USC 794), the provisions of the Age Discrimination Act of 1975 (42 USC 6101 et seq.) and the New Jersey Law Against Discrimination (N.J.S.A. 10:5-1).

The City of Bayonne declares its intent to make all decisions regarding employee recruitment, hiring, promotions and other terms and conditions of employment without discrimination on the basis of race, color, creed or religion, sex, national origin, handicap, age or other factors and considerations which cannot be legally used as the basis for an employment decision or action.

The City of Bayonne also reaffirms its policy of non-discrimination and plan of action to assure the non-discrimination on the basis of any unlawful factors or considerations in the provision of all services provided to the public by all agencies and facilities of the City and will provide for the implementation of same.

5

## CHAPTER 5

### RECRUITMENT

The City of Bayonne will initiate and maintain a program of affirmative recruitment of women and minority group members in all categories of employment in which they have been determined to have been under-utilized.  Whether or not such under-utilization has existed or now exists, the City of Bayonne will expand its affirmative recruitment for all job categories and positions to avoid discrimination in recruitment on the basis of race, color, creed or religion, sex, national origin, age, or other factors and considerations.

This affirmative recruitment program will include but not be limited to the following components:

1.    Public Statement

The statement that the City of Bayonne seeks to attract qualified applicants regardless of race and the term "Equal Opportunity Employer" will be used in advertisements and announcements for municipal jobs.  Copies of the City of Bayonne's Policy Statement on Equal Employment Opportunity suitable for posting shall be sent to all recruiting services used by the City of Bayonne, including the New Jersey Department of Personnel.  The City of Bayonne shall request that the New Jersey Department of Personnel post a copy of the policy in its offices at 153 Halsey Street, in Newark each time that the Department posts an announcement of examination for titles with the City of Bayonne.

33.

The City of Bayonne's Policy Statement on Equal Employment Opportunity shall be displayed at locations where candidates apply for employment and where interviewing is conducted, including the office of the City Clerk, the office of the Mayor, the offices of the Director of each Department, and any bulletin board where job announcements are posted.

    2.   <u>Recruitment Strategies for Executive Level Positions</u>

Development and implementation of recruitment strategies for all qualified minorities and women to fill executive level vacancies as the need arises.  This will be an ongoing function and responsibility of the Affirmative Action Officer and the Mayor.

    3.   <u>Advertisement of Vacancies</u>

The Affirmative Action Officer shall be responsible for timely recruitment activities by providing the local and regional newspapers, including the Jersey Journal, the Hudson Dispatch, the Newark Star Ledger, the City News, The Connection and the Community News, with the recent Job Opportunities Bulletins.

The City of Bayonne shall utilize public service announcements and paid advertisements on local and regional radio stations such as WNJR, WBLS and WKYS as a means for encouraging applications from minority and women candidates. The frequency, timing and format of such advertising shall be such as to give reasonable notice to potential applicants of

34(a).

the pertinent position or positions, it being recognized that different kinds of advertising will be applicable for different positions.  Alternatively, for non-competitive positions, and for open competitive positions other than police officer and firefighter, the City of Bayonne may elect to advertise in the above manner for applicants at least once each year and to keep applications received on file until the next advertisement period for selection as jobs become available.  In the case of open competitive positions, all applicants shall be informed when an appropriate examination is announced.

4.    Notification of Vacancies

Each Department head shall notify the Personnel Officer and the Affirmative Action Officer when a vacancy occurs to allow for sufficient time for recruitment.  The Affirmative Action Officer and the Personnel Officer will set forth affirmative recruitment recommendations that should be implemented.  Minority and women employees employed by the City of Bayonne will be encouraged to refer applicants.

5.    Contact with Media and Special Interest Groups

The Affirmative Action Officer will provide copies of all appropriate Civil Service materials to the Bayonne Economic Opportunity Foundation (BEOF), the Bayonne, Jersey City and Newark branches of the NAACP, the New Jersey State Conference of the NAACP, The Spanish American Citizens Club, the National Organization of Women, the Urban League offices in Montclair

34(b).

and Jersey City, the Vulcan Pioneers and Bronze Shields offices
in Newark and Jersey City, the New Jersey Employment Services
offices in Jersey City, Newark and East Orange and all other
organizations that express an interest in the recruitment and
referral of minority and women applicants.  These sources will
be reviewed semi-annually to determine their effectiveness in
referring a representative diversity of candidates.

      6.   <u>Recruitment at Local Colleges</u>

        The Affirmative Action Officer will include
recruitment at the following local colleges in the overall plan
to overcome the under-utilization of women and minorities for
positions requiring advanced education:  Jersey City State
College, St. Peter's College, Stevens Institute of Technology,
Essex Community College, John Jay College of Criminal Justice,
Hudson County Community College and Kean College of New Jersey.

      7.   <u>Timing of Outreach Efforts</u>

        At least four weeks prior to the closing date for
accepting applications, position announcements suitable for
posting, along with the City of Bayonne's EEO Policy Statement,
application forms and correspondence encouraging the referral
of black and other minority candidates, will be distributed by
the Affirmative Action Officer to all recruiting and or
referral sources, identified previously.  Such recruiting
sources will be informed of vacancies in non-competitive
classified jobs at least four weeks before they are filled, and

34(c).

of examinations for competitive classified jobs at least four
weeks before the closing date for accepting applications.

    8. <u>Posting of Vacancy Announcements</u>

        All Job Opportunity Bulletins and vacancy
announcements received by the City of Bayonne will be openly
posted in places that are readily accessible and visible to all
employees of the City.  The posting period for all vacancies
shall be no fewer than 10 working days in order to allow
sufficient time for all interested City employees to consider
applying.  All Job Opportunity Bulletins will be posted at all
public libraries upon receipt by the City.

    9.   <u>Additions and Changes to Plan</u>

        Additions to or changes in these affirmative
recruitment procedures may be recommended to the Affirmative
Action Officer from any source at any time with the end of
truly achieving the goals and objectives of this plan.

    10.  <u>Employment of Spouses</u>

        It will be the policy of the City of Bayonne to allow
employment of spouses in the same department, provided that one
spouse does not participate in making recommendations or
decisions specifically affecting the appointment, retention,
work assignments, promotion, demotion, salary, or working
conditions of the other spouse.

# GOALS

# 11

48(b).

Five Year Plan

1)  Under-utilization of women and minorities exists in each of the following categories:

Administration, Professionals, Technicians, Protective Services, Office-Clerical, Skilled Crafts and Service Maintenance.

2)  It is the City's overall objective to fill vacancies in these categories by either hiring or upgrading women and minorities.

3)  The City's long range intention is to strive towards matching the City's employment characteristics with the population characteristics in the relevant labor market available to the City of Bayonne as a municipal employer.

4)  In order to accomplish the aforementioned goals and objectives, the City's Affirmative Action Officer will identify specific vacancies that occur each year in categories where there is an under-utilization of women and minorities.

5)  The Affirmative Action Officer will review existing employee records of those women and minorities who may

## C I T Y   O F   B A Y O N N E
### P E R S O N N E L

| DEPARTMENT | | 8-01-90 | 9-01-90 | 10-01-90 |
|---|---|---|---|---|
| OFFICE OF THE MAYOR/COMMUNITY DEV. | | 20 | 21 | 20 |
| BUSINESS ADMINISTRATION | | 7 | 7 | 7 |
| CITY CLERK/DEPARTMENT OF LAW | | 12 | 13 | 13 |
| MUNICIPAL COUNCIL | | 6 | 6 | 6 |
| DEPARTMENT OF ENGINEERING | | 17 | 18 | 18 |
| DEPARTMENT OF FINANCE | | 20 | 19 | 19 |
| DEPARTMENT OF HEALTH & WELFARE | | 29 | 29 | 30 |
| FREE PUBLIC LIBRARY | | 30 | 31 | 32 |
| DEPARTMENT OF PUBLIC SAFETY | | | | |
| NON-UNIFORM | 34 | | 36 | 37 |
| FIREFIGHTERS | 171 | | 165 | 165 |
| POLICE | 170 | | 169 | 180 |
| | | 375 | 370 | 382 |
| DEP'T OF PUBLIC WORKS/PARKS & REC. | | 105 | 104 | 102 |
| WATER/MAINTENANCE/SEWER | | | | |
| WATER ADMINISTRATION | 19 | | 18 | 18 |
| WATER MAINTENANCE | 21 | | 21 | 20 |
| WATER SEWER | 34 | | 34 | 34 |
| | | 74 | 73 | 72 |
| TOTAL | | 695 | 691 | 701 |

# C I T Y   O F   B A Y O N N E

## P E R S O N N E L

### Part Time/Seasonal

| DEPARTMENT | | 8-01-90 | | 9-01-90 | | 10-01-90 |
|---|---|---|---|---|---|---|
| COMMUNITY DEVELOPMENT/MAYOR'S | | 6 | | 6 | | 6 |
| HEALTH & WELFARE | | 5 | | 5 | | 6 |
| LIBRARY | (21+3) | 24 | (23+2) | 25 | (26+3) | 29 |
| LIBRARY PAGES (SUMMER) | | 16 | | 0 | | 0 |
| PUBLIC WORKS/PARKS & REC. | | 67 | | 59 | | 63 |
| PUBLIC WORKS/PARKS & REC. (SUMMER) | | 104 | | 42 | | 0 |
| SCHOOL TRAFFIC GUARDS/PUB. SAFETY | | 56 | | 53 | | 56 |
| | | 7 | | 5 | | 7 |
| TOTAL | | 285 | | 195 | | 167 |
| | | +695 | | +691 | | +701 |
| GRAND TOTAL | | 980 | | 886 | | 868 |

SEPTEMBER 1990

# C I T Y   O F   B A Y O N N E
## P E R S O N N E L

| ADDED: | | DEPARTMENT | TITLE | SALARY |
|---|---|---|---|---|
| 9-18-90 | GALLAGHER, K. | Department of Public Safety | Clerk Typist | $16,307. |
| 9-18-90 | SUCHTA, S. | Department of Public Safety | Agency Aide | 4.63 p/hr |
| 9-18-90 | SILVERS, W. | Department of Public Safety | Agency Aide | 4.63 p/hr |
| 9-25-90 | DEVENEY, K. | Free Public Library | Bldg. Maint. Worker | 16,921. |
| 9-26-90 | DELBERT, P. | Dep't. Public Works/P&R | Tree Climber | 13,823. |
| 9-26-90 | SERKIN, G. | Dep't. Public Works/P&R | Tree Climber | 18,687. |
| 9-26-90 | GENOVA, G. | Dep't. Public Works/P&R | Maint. Rep. Mason | 13,825. |
| 9-26-90 | DE CUICES, N. | Dep't. Public Works/P&R | Equipment Operator | 9.57 p/hr |
| 9-26-90 | PILANSKI, V. | Department Health & Welfare | Recreation Attendant | 3.80 p/hr |
| 9-27-90 | HOPPER, A. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-27-90 | PARKS, N. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-27-90 | DOOLEY, G. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-27-90 | HEALEY, J. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-28-90 | DECZYNSKI, R. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | FALLON, K. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | FARLEY, G. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | GORDON, H. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | GORDON, L. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | HOJNACKI, T. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | KOBRYN, W. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | MAGNER, K. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | SULLIVAN, D. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | SULLIVAN, J. | Department of Public Safety | Police Officer | 21,908. |
| 9-28-90 | VALDORA, M. | Department of Public Safety | Police Officer | 21,908. |

SEPTEMBER 1990

C I T Y   O F   B A Y O N N E

P E R S O N N E L

| DELETED: |  | DEPARTMENT | TITLE | SALARY |
|---|---|---|---|---|
| 9-03-90 | ROSCISZEWSKI, K. | Department of Public Safety | Clerk | $12,256. |
| 9-04-90 | STANTON, W. | Dep't. Public Works/P&R | Equipment Operator | 18,687. |
| 9-04-90 | HENNIGAN, K. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-16-90 | DYNEGA, T. | Department of Public Safety | School Traffic Guard | 7.05 p/hr |
| 9-17-90 | KATARYNIAK, S. | Department of Engineering | Water Meter Repairer | 13,681. |
| 9-17-90 | MASSARELLI, J. | Office of the Mayor | Field Rep. Pr. Imp. | 16,411. |
| 9-24-90 | DEVENEY, K. | Department of Public Works/P&R | Groundskeeper | 13,742. |
| 9-25-90 | DELBERT, P. | Dep't. Public Works/P&R | Tree Trimmer | 13,110. |
| 9-25-90 | SERKIN, G. | Dep't. Public Works/P&R | Equipment Operator | 17,471. |
| 9-25-90 | TRACY, P. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-25-90 | TILLMAN, M. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-28-90 | CRISTI, S. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |

| ADDED: |  |  |  |  |
|---|---|---|---|---|
| 9-04-90 | TIMOLDI, T. | Dep't. Public Works/P&R | Laborer | $13,110. |
| 9-04-90 | CHIMENTO, R. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-05-90 | CRISTI, S. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-05-90 | SMITH, T. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-06-90 | HOYNE, D. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-12-90 | KUCHARSKI, K. | Dep't. Public Works/P&R | Laborer | 13,110. |
| 9-12-90 | ZAKUTANSKY, R. | Dep't. Public Works/P&R | Tree Trimmer | 13,110. |
| 9-12-90 | OLIVA, A. | Department of Public Safety | School Traffic Guard | 5.05 p/hr |
| 9-17-90 | DYNEGA, T. | Department of Public Safety | Clerk | 13,226. |